## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| Lucinda Gottschalk,<br><br>   Plaintiffs,<br><br>vs.<br><br>Frederick J. Hannah & Associates, P.C.,<br><br>   Defendant. | Court File No.: 10-CV-1900 MJD/FLN<br><br>**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

_____

In accordance with Fed. R. Civ. P. 7.1(a), Defendant Frederick J. Hanna & Associates, P.C. ("Hanna & Associates"), a Georgia corporation, states it is a nongovernmental corporate party to this action and discloses as follows:

1. Is the corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐   No ☒

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☒

2

Dated:  June 30, 2010.	HINSHAW & CULBERTSON LLP

By: s/ Paulette S. Sarp
    Thomas P. Kane, Reg No.  00053491
    Paulette S. Sarp, Reg No. 351453
    Accenture Tower
    333 South Seventh Street, Suite 2000
    Minneapolis, MN 55402
    Telephone:  612-333-3434
    Fax:  612-334-8888
    tkane@hinshawlaw.com
    psarp@hinshawlaw.com

Attorneys for Defendant Frederick J. Hanna & Associates, P.C.

2